IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SMARTOSC US LLC,<br><br>Defendant. | Civil Action No. 2:21-MC-64-RSL<br><br>**APPLICATION FOR WRIT OF EXECUTION** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE:

The undersigned hereby request that you issue a writ of execution in the above-titled action against the personal and real property of Defendant/Judgment Debtors and deliver it to the Sheriff of King County.

Dated: June 10, 2021                         Respectfully Submitted,


By: */s/ Nicholas Ranallo*
Nicholas Ranallo, Attorney at Law (#51439)
5058 57th Ave. South
Seattle, WA 98118
(831) 607-9229
Fax: (831) 533-5073
nick@ranallolawoffice.com
Attorney for Plaintiff/Judgment Creditor

APPLICATION FOR WRIT OF EXECUTION                                                  1