# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> SMARTOSC US LLC, <br><br> Defendant. | Civil Action No.  2:21-mc-00064-RSL <br><br> **WRIT OF EXECUTION FOR MONEY JUDGMENT** |

TO THE SHERIFF OF KING COUNTY:

YOU ARE DIRECTED to satisfy the judgment entered in the United States District Court for the Western District of Washington in the case *Scanning Technologies Innovations, LLC v. SmartOSC US, LLC*, 2:19-cv-1002-RAJ as further described below, with daily interest and your costs as provided by law.

1. Scanning Technologies Innovations, LLC is the judgment creditor, and can be reached through its attorney Nicholas Ranallo, 5058 57th Ave. S., Seattle, WA 98118.

2. The judgment debtor is SmartOSC US, LLC, a WA limited liability company located at 105 S Main St. Ste. 204, Seattle, WA 98104-3417.

3. The judgment for $61,760.00 was entered on April 19, 2021.

4. The judgment remains wholly unsatisfied to date.

5. The judgment has accrued interest at a rate of .06%, as specified by 28 USC § 1961, which equates to

WRIT OF EXECUTION 1

a daily rate of $.10.  To date, the judgment has accumulated $5.28 in interest, and will accumulate additional interest at a rate of $.10 per day.

6. The levying officer must add daily interest, at the rate set forth in Paragraph 5, from the date of this writ.

Issued on _____, 2021